K.B.

v.

J.B., SR.

**783 MDA 2016**

Superior Court of Pennsylvania.

04/19/2017

00702 S 2011
PACSES No. 545112656
(Cumberland)

Affirmed

COM.

v.

WINTERS, W., IV.

**987 MDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–41–CR–0001537–2015
(Lycoming)

Affirmed

COM.

v.

POUGH, J.

**1191 MDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–22–CR–0004718–2015
(Dauphin)

Affirmed

COM.

v.

FERNSLER, M.

**1298 MDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–22–CR–0002173–2006
(Dauphin)

Affirmed